# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 26, 2024

## NO. 03-23-00879-CV

**Logan Adrian Howell, Appellant**

**v.**

**Kaitlin Waltrip-Howell, Appellee**

### APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on November 15, 2023. Having reviewed the record, the Court holds that Logan Adrian Howell has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.